# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| JOHNY JNBAPTISTE | : | DOCKET NO. 2:06-cv-210 Section P |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| ALBERTO GONZALES, ET AL. | : | MAGISTRATE JUDGE WILSON |

## O R D E R

Currently before the court is an "Emergency Motion for Temporary Release to Arrange Mother's Funeral, pursuant to 28 U.S.C. § 1657" [doc. 2] filed by *pro se* petitioner, Johny Jnbaptiste. By this motion, Petitioner seeks to have the court order his immediate release from immigration custody so that he can arrange for his mother's burial. In support of his motion, the petitioner states that he is the sole financial support for his now deceased mother and therefore it falls to him to make financial arrangements for her burial. As an additional reason for his release, petitioner alleges that his current detention is unlawful.

Immediately upon receiving this motion, the undersigned's office contacted the United States Attorney's office and requested that they respond to the motion and provide additional facts concerning where petitioner's mother resided and the status of her burial. A response was filed on March 21, 2006. In this response, the government indicates that petitioner's mother died in Haiti, that other relatives provided funds for her burial, and that she has already been buried. In light of this information, the court finds that petitioner's request for temporary release is moot.

Further, a review of the facts of this case reveals that petitioner is under a final order of removal and that his *habeas corpus* petition before this court challenges his detention in post-

removal-order custody. The court has ordered service of process on the government so that the court can consider the constitutionality of petitioner's detention in light of all of the facts surrounding his detention. Because the record is currently being developed, this court finds that ordering petitioner's release at this time would be premature and possibly unjustified. Accordingly,

IT IS ORDERED that the motion be DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 22nd day of March, 2006.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE